**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| YUMA UNION HIGH SCHOOL DISTRICT, a political Subdivision of the State of Arizona,<br><br>                    Plaintiff,<br><br>v.<br><br>YORK INTERNATIONAL CORPORATION, a Pennsylvania corporation, and JOHN DOES I-X,<br><br>                    Defendants. | No.   CV06-3078-PHX-PGR<br><br><br>**ORDER GRANTING STIPULATION<br>FOR EXTENDED TIME<br>TO FILE ANSWER** |

The Court is in receipt of the parties' Stipulation for Extended Time to File Answer (Doc. 5).  Although the Court grants the extension, the parties are hereby cautioned that this Court does not entertain stipulations or agreements to extend deadlines, and that any such requests must be brought by formal motion before the Court.  The parties are advised that if they believe good cause exists for the extension of any deadline(s) remaining in this action they must brief the issue to the Court including explanations as to why the party is unable to comply with the deadlines imposed.  Furthermore, the motion must inform the Court if the proposed extension will affect any other deadlines in the action.  Any future motions for extensions which fail to comply with this Order will be denied.

IT IS ORDERED that the Stipulation for Extended Time to File Answer (Doc. 5) is GRANTED.  The Defendants' must file their answer to the Plaintiff's Complaint on January 8, 2007.

DATED this 8th day of January, 2007.

Paul G. Rosenblatt
United States District Judge

Paul G. Rosenblatt
United States District Judge