**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yuma Union High School District,<br><br>   Plaintiff,<br> vs.<br><br>York International Corporation, et al.,<br><br>   Defendants. | No. CV-06-3078-PHX-PGR<br><br>ORDER |

  The plaintiff having filed a Notice of Settlement (doc. #69),

  IT IS ORDERED that Defendant's Motion for Summary Judgment (doc. #57) is deemed withdrawn without prejudice to being reinstated upon motion if the settlement is not effectuated.

  IT IS FURTHER ORDERED that a status hearing shall be held on **Monday, February 25, 2009, at 1:30 p.m.** in Courtroom 601, to be automatically vacated by the prior filing of a stipulation for dismissal.

  DATED this 24th day of January, 2008.

             _____
             Paul G. Rosenblatt
             United States District Judge