**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yuma Union High School District, | ) |
| Plaintiff, | ) No. CV-06-3078-PHX-PGR |
| vs. | ) |
| York International Corporation, et al., | ) AMENDED ORDER |
| Defendants. | ) |

The plaintiff having filed a Notice of Settlement (doc. #69),

IT IS ORDERED that Defendant's Motion for Summary Judgment (doc. #57) is deemed withdrawn without prejudice to being reinstated upon motion if the settlement is not effectuated.

IT IS FURTHER ORDERED that a status hearing shall be held on **Monday, February 25, 2008, at 1:30 p.m.**, in Courtroom 601, to be automatically vacated by the prior filing of a stipulation for dismissal.

DATED this 24th day of January, 2008.

Paul G. Rosenblatt
United States District Judge