**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yuma Union High School District,<br><br>　　　　Plaintiff,<br>　vs.<br><br>York International Corporation, et al.,<br><br>　　　　Defendants. | No. CV-06-3078-PHX-PGR<br><br>ORDER |

　　The parties having filed a Stipulated Motion to Dismiss With Prejudice (doc. #75) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

　　IT IS ORDERED that the status hearing set for March 24, 2008, is vacated.

　　IT IS FURTHER ORDERED that the Clerk of the Court shall terminate this action.

　　DATED this 21st day of March, 2008.

_____
Paul G. Rosenblatt
United States District Judge